JOHN WYATT V. THE STATE.

No. 6750.    Decided March 22, 1922.

Intoxicating Liquor—Unlawful Possession—Indictment.

Where the indictment did not allege that the unlawful possession of intoxicating liquor was for the purpose of sale, the judgment must be reversed and the prosecution dismissed.

Appeal from the District Court of Newton.    Tried below before the Honorable V. H. Stark.

Appeal from a conviction of the unlawful possession of intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*Wightman & Forse,* and *G. E. Richardson,* and *K. W. Stephenson* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of intoxicating liquor, and was had before the amendment of the statute denouncing that offense.    The statute so modified the law as to limit the offense to the possession of intoxicating liquor for the purpose of sale.

The indictment, as drawn, does not contain this limitation, and therefore will not support the conviction.    See Francis v. State, 90 Texas Crim. Rep., 67, 235 S. W. Rep. 580, and Ex parte Mitchum, 237 S. W. Rep., 960, No. 6772, not yet reported.

The judgment is reversed and the prosecution ordered dismissed.

*Reversed and dismissed.*